**Dismissed and Memorandum Opinion filed September 13, 2012.**



In The

# Fourteenth Court of Appeals

---

NO. 14-12-00360-CR
NO. 14-12-00361-CR

---

**DENNIS ESCOBAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1262194 & 1331312**

---

## M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeals in these cases, personally signed by appellant, has been filed with this Court. *See* Tex. R. App. P. 42.2. Because this Court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeals dismissed. We direct the Clerk of the Court to issue the mandates of the Court immediately.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.
Do Not Publish - Tex. R. App. P. 47.2(b)